UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 13** |
| **Elizabeth Marie Penn,** | ) | |
| | ) | **Case No. 17-40598** |
| Debtor. | ) | |

**REQUEST FOR CHANGE OF ADDRESS**

CASE NAME:  Elizabeth Marie Penn

CASE NO.:  17-40598

JUDGE:  Bonapfel

CHAPTER:  13

**CHANGE FOR**

**Debtor XXXX**          Creditor          Attorney

EFFECTIVE DATE OF CHANGE:  August 28, 2018

NAME:  Elizabeth Marie Penn

**NEW MAILING ADDRESS**:  **5636 Dry Valley Rd**
**Cohutta, GA 30710**

**OLD ADDRESS:**  **281 Wheeler Dam Rd**
**Cohutta, GA 30710**

**THIS CHANGE WAS FURNISHED BY:**  Dan Saeger
Ga. Bar No. 680628
Attorney for Debtor

for the firm of:
Rickman & Associates, P.C.
Suite 200
1755 North Brown Road
Lawrenceville, GA 30043
bk@thegeorgialawfirm.com

**DATE:**  **August 28, 2018**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above REQUEST FOR CHANGE OF ADDRESS  was sent U.S. Mail, properly addressed and with correct postage to the following:

    Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303

Elizabeth Marie Penn
5636 Dry Valley Rd
Cohutta, GA 30710

This the 28th day of August, 2018.

                                                  /s/
                                        Dan Saeger
                                        Ga. Bar No. 680628
                                        Attorney for Debtor

RICKMAN & ASSOCIATES, P.C.
Suite 200
1755 North Brown Road
Lawrenceville, GA 30043
bk@thegeorgialawfirm.com